# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:13-CR-00194-1
Robert Wallace Smith )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Robert Smith_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition of release, particularly for purposes of monitoring that the defendant does not access the internet service present at the residence of his parents where the defendant resides: The defendant is placed in the custody of Mary Loyche who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and ( c) to notify the court immediately in the event the defendant violates any conditions of release or disappears. Signed: _Mary Loyche_

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 5-30-13                          _[signature]_ 05/30/2013
Signature of Defendant    Date                  Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                   6/12/13
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                   6/13/13
Signature of Defense Counsel                    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on June 13, 2013
[ ] The above modification of conditions of release is not ordered.

_[signature] Sheila K. Oberto_                  June 13, 2013
Signature of Judicial Officer                   Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services