Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant, ROBERT WALLACE SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT WALLACE SMITH,<br><br>            Defendant. | No. 1:13-cr-00194-AWI-BAM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**<br><br>Date:  March 23, 2015<br>Time:  10:00 a.m.<br>Judge: Honorable Anthony W. Ishii<br>         Senior United States District Judge |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the Defendant's Motion For Revocation of Detention Order in the above entitled matter is scheduled for hearing on March 23, 2015 at 10:00 a.m. and the briefing schedule is as follows: Defendant's motion to be filed by February 20, 2015, the government's opposition brief to be filed by March 6, 2015, and defendant's reply brief to be filed by March 13, 2015.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, of the motion.

1

Good cause exists because the defendant timely filed his motion and a brief schedule could not be set until the transcripts of the Detention hearing held on December 22, 2014 were prepared on January 30, 2015.

DATED:  February 17, 2015         FLETCHER & FOGDERUDE, INC.

                                         /s/ Eric K. Fogderude                          .
                                         ERIC K. FOGDERUDE
                                         Attorney for Defendant, ROBERT WALLACE SMITH

DATED: February 17, 2015         Benjamin B. Wagner
                                         United States Attorney

                                         /s/  Megan Richards                           .
                                         MEGAN RICHARDS
                                         Assistant US Attorney

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(7)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the hearing be scheduled for March 23, 2015 at 10:00 a.m. and the Defendant's motion be filed by February 20, 2015, the Government's opposition be filed by March 6, 2015 and the Defendant's reply by filed by March 13, 2015.

IT IS SO ORDERED.

Dated:   February 17, 2015                                    _____
                                                                       SENIOR  DISTRICT  JUDGE