# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California



FILED

MAR 23 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Case No.    1:13-cr-00194-AWI-BAM |
| ROBERT WALLACE SMITH, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U.S. District Court, 2500 Tulare Street, Fresno, CA
_____
*Place*

7th Floor, Courtroom 3, before Magistrate Judge Barbara A. McAuliffe
_____

on _____ May 11, 2015 at 1:00 p.m. _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance and Compliance Bond, if ordered.

AO 199B  (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (**Alternate A**)

**SMITH, Robert Wallace**
**Docket No. 1:13-CR-194-1**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization:   Mary Loyche, Gregg Loyche, Anita Charles, and Tiffany Slenker.

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____   SIGNED: _____
                    CUSTODIAN                                              CUSTODIAN
SIGNED: _____   SIGNED: _____
                    CUSTODIAN                                              CUSTODIAN

☑ (7) The defendant shall:

☑ (a) report on a regular basis to the following agency:
        Pretrial Services and comply with their rules and regulations;

☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;

☑ (c) reside at a location approved by the PSO, and not change your residence without the prior approval of PSO; travel restricted to Eastern District of California, unless otherwise approved in advance by PSO;

☑ (d) report any contact with law enforcement to your PSO within 24 hours;

☑ (e) not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

☑ (f) not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the PSO;

☑ (g) not use or possess a computer in your residence or at any other location unless otherwise approved by the PSO;

☑ (h) not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theatre or other place primarily used by children under the age of 18;

☑ (i) not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of Mary Loyche, Gregg Loyche, Anita Charles, and Tiffany Slenker;

☑ (j) not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18; and,

☑ (k) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. **HOME INCARCERATION:** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the PSO; and,

☑ (l) have your release on bond delayed until Tuesday, March 23, 2015, at 10:00 a.m.

USA v Smith

AO 199C (Rev. 09/08 – EDCA [Fresno]) Advice of Penalties  Case 1:13-cr-00194-DAD-BAM  Document 504  Filed 03/23/15  Page 3 of 3     3     Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Robert W. Smith_
_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released ~~after processing.~~ on March 24, 2015, at 10:00am.

Date: _3-23-15_                     _____
                                   *Judicial Officer's Signature*

                    Senior U.S. District Judge Anthony W. Ishii
                    _____
                                   *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL