# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

APR 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** | ) |
| vs. | ) **Case No. 1:13-CR-00194-AWI-BAM-1** |
| **Robert Wallace Smith** | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Robert Wallace Smith___ , have discussed with ___Jacob Scott___ , Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

___Robert W. Smith___        3-24-15
Signature of Defendant          Date

___[signature]___        3/24/15
Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

___Megan Richards___        4/30/15
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

___[signature]___        4-1-2015
Signature of Defense Counsel          Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on        4/30/15

☐ The above modification of conditions of release is *not* ordered.

___[signature]___        4/30/15
Signature of Judicial Officer          Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services