1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7




FILED

SEP 09 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-00194 DAD
                                          DaJ
12 |                  Plaintiff,           [~~PROPOSED~~] ORDER SEALING DOCUMENTS
                                          AS SET FORTH IN GOVERNMENT'S NOTICE
13 |         v.

14 | ROBERT WALLACE SMITH,

15 |                  Defendant.

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18 Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibits J and K to the

19 Government's Sentencing Memorandum, pertaining to defendant ROBERT WALLACE SMITH, and

20 Government's Request to Seal shall be SEALED until further order of this Court.

21         It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for*

24 *the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the

25 Government's request, sealing the Government's exhibits serves a compelling interest. The Court further

26 finds that, in the absence of closure, the compelling interests identified by the

27 Government would be harmed. In light of the public filing of its request to seal, the Court further finds that

28 there are no additional alternatives to sealing the Government's exhibits that would adequately protect the

compelling interests identified by the Government.

Dated: 9/7/16

THE HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE