John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
ROBERT WALLACE SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Robert Wallace Smith,<br><br>            Defendant. | Case No.  1:13-CR-00194-DAD-BAM<br><br>STIPULATION AND ORDER TO PROVIDE DEFENSE COUNSEL WITH SEALED TRANSCRIPTS OF THREE IN CAMERA HEARINGS |

     At hearings on February 18, 2014, July 28, 2014, and September 22, 2014, the Court held in camera hearings re the status of counsel with the defendant Robert Wallace Smith and his then-counsel, Assistant Federal Defender Charles J. Lee. *See* Docket entries 23, 31, and 34.  The Court ordered transcripts of these hearings be sealed.

     Defendant Smith, through appellate counsel John Balazs, and the United States of America, through its counsel, Assistant U.S. Attorney Megan A. S. Richards, hereby stipulate and request that the Court enter an order that the court reporter may transcribe and provide a copy of these three sealed transcripts (docket entries 23, 31, and 34) to defense counsel John Balazs for purposes of appeal.  These transcripts shall otherwise remain sealed until further order of the Court.

To the extent Smith relies on any of these transcripts in prosecuting his appeal, he will move to unseal the transcript(s) and provide access to the transcript(s) to government's counsel.

Respectfully submitted,

Dated:  November 15, 2016  /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
ROBERT WALLACE SMITH

Dated:  November 15, 2016  PHILLIP TALBERT
Acting U.S. Attorney

By:  /s/ Megan A. S. Richards
MEGAN A. S. RICHARDS
Assistant U.S. Attorney

**ORDER**

The Court Reporter may transcribe and provide a copy of sealed transcripts (Docs. 23, 31, and 34) to defense counsel John Balazs for purposes of appeal.  These transcripts shall otherwise remain sealed until further order of the Court.

IT IS SO ORDERED.

Dated:  **November 16, 2016**

_____
UNITED STATES DISTRICT JUDGE